# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| PAM BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:22-cv-193 |
| v. | ) | |
| | ) | |
| ROBERT H. EDMONDS | ) | |
| | ) | |
| Defendant. | ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL

_____

The Plaintiff states that she is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 3rd day of October, 2022.

*/s/ Rebecca J.* Hutto
Rebecca J. Hutto #39252
*Attorney for Plaintiff*
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844
Rebecca@wcwslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of October, 2022, the

Notice of Voluntary Dismissal was served that day on all parties of record

identified on the Service List set forth below via transmission of electronic mail

and the Court's ECF system.

*/s/ Rebecca J. Hutto*

SERVICE LIST:

Robert H. Edmonds
227 S Hall Rd,
Alcoa, TN 37701